AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rucker, Shelley D. | United States Bankruptcy Court, E.D. Tenn. | 11/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Historic U.S. Courthourse, Second Floor
31 E. 11th Street
Chattanooga, Tennessee 37402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Court Liaison Board Member | Federal Bar Association of Chattanooga |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 11/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | National Conference of Bankrupty Judges (Fees for Newsletter Layout Work) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 11/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Suntrust Bank Accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Fidelity Rollover IRA #1 | | | | | | | | | |
| 4. -Fidelity Freedom 2010 Fund (FFFCX)# | B | Dividend | L | T | Sold<br>(part) | 03/09/20 | L | E | |
| 5. -Fidelity Freedom 2030 Fund (FFFEX)# | B | Dividend | L | T | | | | | |
| 6. -Fidelity Freedome 2040 (FFFFX)# | C | Dividend | M | T | Buy<br>(add'l) | 01/15/20 | K | | |
| 7. -Fidelity Freedom Select Medical Technology (FSMEX) | A | Dividend | | | Sold<br>(part) | 06/08/20 | K | C | |
| 8. | | | K | T | Buy<br>(add'l) | 07/20/20 | K | | |
| 9. -Fidelity Select Pharmaceutical (FPHAX) | | None | K | T | Buy | 07/22/20 | K | | |
| 10. -Apple Inc. Common Stock | A | Dividend | | | Sold | 06/19/20 | L | E | |
| 11. | | | L | T | Buy | 08/13/20 | K | | |
| 12. -Walt Disney Co. Common Stock | A | Dividend | K | T | Sold<br>(part) | 05/05/20 | K | A | |
| 13. -CVS Health | A | Dividend | | | Sold<br>(part) | 05/05/20 | K | | |
| 14. | | | | | Sold | 09/04/20 | J | | |
| 15. -Microsoft | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 16. -Tractor Supply | A | Dividend | J | T | Buy | 07/27/20 | K | | |
| 17. | | | | | Sold<br>(part) | 09/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -AMC | | None | J | T | Buy | 10/21/20 | J | | |
| 19. | | | | | Sold<br>(part) | 10/28/20 | J | | |
| 20. | | | | | Sold<br>(part) | 11/03/20 | J | | |
| 21.   -Fidelity Core money market account | A | Interest | N | T | Distributed<br>(part) | 07/24/20 | L | | |
| 22.   Fidelity IRA #1 (Roth) | | | | | | | | | |
| 23.   -(Roth) Fidelity Roth IRA #1 Core Money<br>Market Account | A | Interest | K | T | Spinoff<br>(from line 21) | 07/24/20 | L | | |
| 24.   -(Roth) Fidelity Freedom 2030 | | None | K | T | Buy | 07/31/20 | J | | |
| 25.   -(Roth) Fidelity Freedom 2040 | | None | J | T | Buy | 05/20/20 | J | | |
| 26.   -(Roth) Eastman Kodak | | None | | | Buy | 07/30/20 | J | | |
| 27. | | | | | Sold | 07/31/20 | J | | |
| 28.   Northwest Mutual Insurance Co.Whole Life<br>Policy | B | Dividend | L | T | | | | | |
| 29.   Massachusetts Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 30.   Girls Preparatory School 401(a) Plan TIAA<br>CREF | | | | | | | | | |
| 31.   -Payout Annuity -TIAA Traditional | A | Interest | J | T | Distributed<br>(part) | 09/05/20 | J | | |
| 32.   Girls Preparatory School 403(b) Plan TIAA<br>CREF - | | | | | | | | | |
| 33.   -Payout Annuity TIAA Traditional | A | Interest | J | T | Distributed<br>(part) | 09/05/20 | J | | |
| 34.   Optum Health Savings Account-HSA Cash<br>Account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AXA Universal Life Insurance Policy | B | Interest | J | T | | | | | |
| 36. Fidelity Rollover IRA #2 | | | | | | | | | |
| 37. -Apple Inc. Common Stock | B | Dividend | | | Buy | 01/29/20 | L | | |
| 38. | | | | | Buy (add'l) | 01/29/20 | L | | |
| 39. | | | | | Buy (add'l) | 02/04/20 | L | | |
| 40. | | | | | Buy | 08/14/20 | L | | |
| 41. | | | | | Buy (add'l) | 09/23/20 | L | | |
| 42. | | | | | Sold (part) | 05/11/20 | L | | |
| 43. | | | | | Sold | 05/12/20 | M | | |
| 44. | | | | | Sold (part) | 12/21/20 | L | D | |
| 45. | | | | | Sold | 12/28/20 | L | E | |
| 46. -ROKU | | None | | | Buy (add'l) | 01/02/20 | L | | |
| 47. | | | | | Sold (part) | 01/08/20 | L | D | |
| 48. | | | | | Sold | 01/24/20 | L | A | |
| 49. -AMC Entertainment | | None | | | Buy | 06/15/20 | K | | |
| 50. | | | | | Sold | 08/11/20 | K | | |
| 51. -Home Depot | | None | | | Sold | 01/23/20 | L | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Johnson & Johnson | A | Dividend | | | Buy | 05/22/20 | L | | |
| 53. | | | | | Sold | 07/17/20 | L | A | |
| 54.   -Zoom | | None | | | Buy | 06/08/20 | L | | |
| 55. | | | | | Sold | 06/15/20 | L | C | |
| 56. | | | | | Buy | 09/02/20 | K | | |
| 57. | | | | | Buy<br>(add'l) | 09/21/20 | K | | |
| 58. | | | | | Sold | 09/22/20 | L | D | |
| 59.   -Tesla | | None | | | Buy | 09/02/20 | K | | |
| 60. | | | | | Sold | 09/02/20 | K | C | |
| 61.   -First Solar | | None | | | Buy | 11/13/20 | K | | |
| 62. | | | | | Sold | 11/16/20 | K | | |
| 63.   -Virgin Galactic | | None | | | Buy | 12/14/20 | K | | |
| 64. | | | | | Sold | 12/14/20 | K | A | |
| 65.   -Fidelity CORE Account - BNY Mellon<br>Insured Deposit | A | Interest | M | T | Distributed<br>(part) | 01/21/20 | J | | |
| 66. | | | | | Distributed<br>(part) | 09/28/20 | L | | |
| 67.   Fidelity Roth IRA #2 | | | | | | | | | |
| 68.   -Home Depot | | | | | Sold | 02/18/20 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -ROKU | | None | | | Buy | 03/06/20 | K | | |
| 70. | | | | | Sold | 04/16/20 | K | | |
| 71.   -Advanced Micro | | None | | | Buy | 12/01/20 | L | | |
| 72. | | | | | Sold | 12/16/20 | L | C | |
| 73.   -Johnson & Johnson | A | Dividend | | | Buy | 05/22/20 | L | | |
| 74. | | | | | Sold | 09/17/20 | K | A | |
| 75.   -iShares Silver | | None | | | Buy | 09/17/20 | K | | |
| 76. | | | | | Sold<br>(part) | 11/09/20 | J | B | |
| 77. | | | | | Sold | 11/13/20 | J | A | |
| 78.   -Virgin Galactic | | None | | | Buy | 12/12/20 | K | | |
| 79. | | | | | Buy<br>(add'l) | 12/15/20 | K | | |
| 80. | | | | | Sold | 12/23/20 | L | C | |
| 81.   Fidelity Government Money Market | A | Interest | M | T | Spinoff<br>(from line 65) | 01/21/20 | J | | |
| 82. | | | | | Spinoff<br>(from line 66) | 09/28/20 | L | | |
| 83.   Rental Property #1 (X) Hixson, TN | | None | L | Q | | | | | |
| 84.   Rental Property#2 (X) Red Bank, TN | | None | N | S | | | | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 11/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 3- 6 and 24-25 Fidelity statements regarding the 2010, 2030 and 2040 Funds, Medical Technology Fund and Pharmaceutical Fund indicated that short term and long term gains were earned onthe accounts and were reinvested in units of those funds respectively. These gains are included in year end values. These transactions were part of the management of the fund and I have no futher details on what particular transaction within the funds produced the gains. The dividends and/or interest income from these funds that was reflected on statements is shown in column B on the corresponding funds.

Line 34 The Optum Funds are held in the HSA Cash Account

Lines 28,29 and 35  Values are cash surrender values.

Lines 83 and 84  Additions were inherited. No income received after decedant's date of death. One quarter interest in Rental Property #1 is located in Hixson, Tennessee.Appraisal was done in 2021. One quarter interest in Rental Property #2. Rental Property #2 consists of 10 adjacent tracts located in Red Bank, Tennessee. Tax Assessment was done in 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley D. Rucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544